UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD M. SAVAGE,<br><br>                      Plaintiff,<br>    v.<br><br>ARANAS, *et al.*,<br><br>                      Defendants. | Case No. 3:17-cv-00612-MMD-CBC<br><br>ORDER ON MOTION<br>FOR SUMMARY JUDGMENT |

### I. DISCUSSION

Plaintiff, a *pro se* prisoner, previously submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1.) On September 14, 2018, the Court screened the Complaint, stayed the case for 90 days to allow the parties to take part in an Inmate Early Mediation Conference, and ordered the Office of the Attorney General to file a status report prior to the end of the stay. (ECF No. 5 at 6.) On December 13, 2018, the Court scheduled the Early Inmate Early Mediation Conference for January 29, 2018 and extended the stay and the deadline for filing the status report until February 1, 2019. (ECF Nos. 8, 9.)

On December 19, 2018, Plaintiff filed a motion for summary judgment that is now before the Court. (ECF No. 10). In his motion, Plaintiff notes the original 90-day stay order, notes that 94 days had passed since that original stay was first entered, and argues that the Defendants have made no effort to "comply" with the order, have not filed a status report, and are "in contempt" of the order. (*Id.* at 1-2.) Plaintiff concludes that the Court therefore should enter summary judgment against each of the Defendants. (*Id.* at 2).

The Court notes that the Court schedules Inmate Early Mediation Conferences, not defendants. Further, because the Court extended the stay and extended the deadline

for filing the status report until February 1, 2019, there is no reason for Defendants to have filed a status report at this point in time.[1] Accordingly, the Court denies Plaintiff's motion for summary judgment.

**II. CONCLUSION**

It is therefore ordered that Plaintiff's motion for summary judgment (ECF No. 10) is denied.

It is further ordered that the Clerk of Court will send Plaintiff copies of the orders scheduling the Inmate Early Mediation Conference and extending the deadlines for the stay and status report (ECF Nos. 8, 9).

DATED THIS 21st day of December 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] It may be that Plaintiff did not receive the orders scheduling the Inmate Early Mediation Conference and extending the deadline for the stay and status report. The Court therefore will direct the Clerk of the Court to send copies of those orders to Plaintiff.

2