# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD M. SAVAGE, | Case No. 3:17-cv-00612-MMD-CBC |
| Plaintiff, | ORDER |
| v. | |
| ARANAS, *et al.*, | |
| Defendants. | |

The complaint in this action was filed on October 5, 2017. (ECF No. 1.) The Court issued a notice of intent to dismiss Donnelly pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by August 2, 2019. (ECF No. 27.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Donnelly are dismissed without prejudice.

DATED THIS 5th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE