# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | | |
|---|---|---|
| BUDD REESE, | ) | **ORDER OF REFERRAL TO PRO BONO PROGRAM** |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:17-CV-1627-MMD-CBC |
| ROBERT FOXFULKER, et al., | ) | |
| Defendant. | ) | |
| DON SAVAGE, | ) | |
| Plaintiff, | ) | Case No. 3:17-CV-0612-MMD-CBC |
| v. | ) | |
| ARANAS, et al., | ) | |
| Defendant. | ) | |
| HOWARD WHITE, | ) | |
| Plaintiff, | ) | Case No. 3:18-CV-0037-MMD-CBC |
| v. | ) | |
| ROMEO ARANAS, et al., | ) | |
| Defendant. | ) | |
| CARL HENRY OLSEN, | ) | |
| Plaintiff, | ) | Case No. 3:18-CV-0149-MMD-CBC |
| v. | ) | |
| NDOC, et al., | ) | |
| Defendant. | ) | |

|    |                              |   |                                  |
|----|------------------------------|---|----------------------------------|
|  1 | SCOTT BEDARD,                ) |                                  |
|    |                              ) | Case No. 3:18-CV-0218-MMD-CBC    |
|  2 |    Plaintiff, ) |                                  |
|    | v.                           ) |                                  |
|  3 |                              ) |                                  |
|    | ROMEO ARANAS, et al.,        ) |                                  |
|  4 |                              ) |                                  |
|    |    Defendants.) |                                  |
|  5 | _____ ) |                                  |

| | | | |
|---|---|---|---|
| 6 | RONALD MULDER, ) | | |
|   |                ) | Case No. 3:18-CV-0386-MMD-CBC | |
| 7 | Plaintiff, ) | | |
|   | v.         ) | | |
| 8 |            ) | | |
|   | DR. MARKS, et al., ) | | |
| 9 |                    ) | | |
|10 | Defendant. ) | | |
|   | _____) | | |

| | | | |
|---|---|---|---|
|11 |            ) | | |
|   | TY THOMAS, ) | | |
|12 |            ) | Case No. 3:18-CV-0464-MMD-CBC | |
|   | Plaintiff, ) | | |
|13 | v.         ) | | |
|   |            ) | | |
|14 | JAMES DZURENDA, et al., ) | | |
|15 |            ) | | |
|   | Defendant. ) | | |
|16 | _____) | | |

17  This case is referred to the Pro Bono Program ("Program") adopted in General Order 2016-02 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiffs. The scope of appointment shall be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

**IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

DATED: September 17, 2019.

_____
CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE