**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONALD SAVAGE,

                Plaintiffs,

v.

ROMEO ARANAS, et al.,

                Defendants.

3:17-cv-0612-MMD-CLB

**ORDER**

    On January 5, 2021, appointed counsel, Margaret McLetchie, Esq. and Alina Shell, Esq. of McLetchie Law and Adam Hosmer-Henner, Esq., Chelsea Latino, Esq., and Philip Mannelly, Esq. of McDonald Carano LLP, filed a motion to withdraw as counsel (ECF No. 45). No opposition was filed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion.

    Therefore, the motion to withdraw (ECF No. 45) is **GRANTED**. A copy of this order and all documents hereafter filed shall be served on plaintiff via electronic filing at Ely State Prison.

    **DATED:** January 22, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

1