UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DON SAVAGE,

        Plaintiff,

v.

ARANAS, et al.

        Defendants.

Case No. 3:17-CV-0612-MMD-CLB

**ORDER**

The court's minute order regarding the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988) and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1988) (ECF No. 56) was returned to the court with the following handwritten note: "Inmate Savage, Don (#1004487) was paroled from SDCC[1] on 4/23/2021." (ECF No. 57).

Pursuant to Local Rule IA 3-1, plaintiff must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **June 24, 2021** to file a notice of change of address or this court will recommend that this action be dismissed.

IT IS SO ORDERED.

DATED: May 24, 2021

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Southern Desert Correctional Center.